46061.   ALEXANDER v. STATE OF GEORGIA.
46062.   BROCK v. STATE OF GEORGIA.

PANNELL, Judge. The appellants were adjudged juvenile delinquents in the Juvenile Court of Fulton County, based upon a finding they had committed the offenses of rape and burglary. On their appeal to this court, the enumerations of error were based upon the contention that the evidence was insufficient. An examination of the testimony discloses that, though weak, it was sufficient to authorize the finding of the trial judge.

*Judgments affirmed. Bell, C. J., and Deen, J., concur.*

ARGUED MARCH 1, 1971—DECIDED APRIL 6, 1971.

*Hansell, Post, Brandon & Dorsey, Dom H. Wyant,* for appellants.

*Lewis R. Slaton, District Attorney, Tony H. Hight,* for appellee.